Decided November 17, 2011

---

BRIDGEPORT HARBOUR PLACE I, LLC *v.* JOSEPH P. GANIM ET AL.*

The plaintiff's petition for certification for appeal from the Appellate Court, 131 Conn. App. 99 (AC 30549), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's exclusion of evidence of lost profits?"

ROGERS, C. J., and NORCOTT and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18889.

*William F. Gallagher, Hugh D. Hughes, William J. Sweeney* and *R. Bartley Halloran*, in support of the petition.

*Jeffrey J. Mirman* and *John F. Droney*, in opposition.

Decided November 17, 2011

---

* The appeal was withdrawn January 27, 2012.